```
UNITED STATES BANKRUPTCY COURT          FOR PUBLICATION
WESTERN DISTRICT OF NEW YORK
------------------------------------------------------------------
In re

    KRYSTYNA WROBEL,
    aka KRYSTYNA WAWRYNCZUK,
    fdba WHITE EAGLE SQUARE                  Case No. 12-13001 K
    APARTMENTS, INC., fka
    KRYSTYNA MINORCZYK

                    Debtor
------------------------------------------------------------------
```

ERRATA FOR SEARCHABLE VERSION OF JULY 23, 2015 DECISION

Page 3 - - "$75,000 dollars" should be "$75,000"

Page 10, first full paragraph - - add "The Court knows it when it sees it." after "to meet that standard."

Page 15, footnote 15 - - substitute "As noted at footnote 8 above, when" for "When" at the beginning of the text of footnote

Page 18, after *Caldwell* citation - - add "[My emphasis.]"

Page 21, within footnote 19 - - delete the footnote paragraph that begins "Appeal as of right . . ."

SO ORDERED.

Dated:   Buffalo, New York
         July 24, 2015

                                    _____/s/ Michael J. Kaplan_____
                                              U.S.B.J.